Lazansky, P. J.,
Hagarty, Johnston, Adel and Taylor, JJ., concur.

WILLIAM G. SOLOMON, Respondent, v. BROOKLYN CORNELL UTILITIES, INC., et al., Appellants.—

In our opinion plaintiff failed to establish any actionable negligence on the part of either defendant. Defendant Estate of Josiah T. Smith, Inc., was a lessor out of possession at the time of the accident and, therefore, its undertaking to make repairs to the oil burner created no liability in tort in favor of any person who might be injured by its breach. (*Cullings* v. *Goetz*, 256 N. Y. 287.) As to defendant Brooklyn Cornell Utilities, Inc., all the evidence shows is that the explosion may have occurred from any one of many causes, including, perhaps, negligence on the part of this defendant in making repairs to the oil burner. Where the precise cause of an accident is left to conjecture and may be as reasonably attributed to a condition for which no liability attaches as to one for which it does, then the plaintiff is not entitled to recover and the complaint should be dismissed. . (*White* v. *Lehigh Valley R. R. Co.*, 220 N. Y. 131, 135.) Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL NUZZO, Appellant, against BERT TRUESDELL, Undersheriff of the County of Orange, Respondent.

Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

## THIRD DEPARTMENT, NOVEMBER, 1942.
### (November 11, 1942.)

In the Matter of the Claim of HARRY A. BROOKS, Appellant, against NEW YORK BUTCHERS DRESSED MEAT CO., Respondent. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of MARY LaFRAY, Appellant, against SIMPLEX MFG. COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the NORTHERN BANK OF NEW YORK in Liquidation. HENRY D. HOLDEN, Administrator, Appellant; COMPTROLLER OF THE STATE OF NEW YORK et al., Respondents.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.